SKILLED INVESTORS, INC., Plaintiff, v BANK JULIUS BAER & CO., LTD., et al., Defendants.

BANK JULIUS BAER & CO., LTD., Respondent, et al., Plaintiff, v MENACHEM IVCHER et al., Defendants, and BARUCH IVCHER et al., Appellants.

Submitted July 16, 2012; decided September 13, 2012

Motion for leave to appeal dismissed upon the ground that the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of WL, LLC, Respondent-Appellant, v DEPARTMENT OF ECONOMIC DEVELOPMENT, Also Known as EMPIRE STATE DEVELOPMENT, et al., Appellants-Respondents.

Decided September 13, 2012

Appeal by WL, LLC dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

ALSON ALSTON, Appellant, v NEW YORK CITY COMMISSION ON HUMAN RIGHTS et al., Respondents.

Submitted July 30, 2012; decided September 18, 2012

Motion, insofar as it seeks leave to appeal from so much of the February 2012 Appellate Division order as denied appellant's motion for poor person relief and dismissed his appeal from the March 2010 Supreme Court order, dismissed upon the ground that such portions of the Appellate Division order do not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.